UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARTHA A. AKERS | * | |
| | * | NOTICE OF REMOVAL FROM THE |
| Plaintiff | * | SUPERIOR COURT FOR THE DISTRICT |
| | * | OF COLUMBIA |
| v. | * | CASE NO.:   C.A. No. 2008 CA 004808 B |
| | * | |
| LIBERTY MUTUAL GROUP | * | |
| | * | CIVIL ACTION NO. _____ |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendant, Liberty Mutual Group, respectfully notices the removal of the above-captioned matter to this Honorable Court from the Superior Court for the District of Columbia, and as grounds therefor states as follows:

1.     On or about August 1, 2008, Defendant accepted service through its counsel, in open court, of a Summons and Complaint in an action commenced by the Plaintiff in the Superior Court for the District of Columbia as Civil Action No. 004808-08.  True and correct copies of the Summons and Complaint are attached hereto as Exhibit A.  No further proceedings have taken place in this action since Defendant accepted service in open court.

2.     This Defendant's Petition for Removal and Notice of Removal are filed within thirty (30) days of receipt of service by Defendant Liberty Mutual Group and, therefore, are timely filed pursuant to 28 U.S.C., Section 1446(b).

3.     Pursuant to the Federal Rules of Civil Procedure, the Petitioner has electronically filed a written Answer to Plaintiff's Complaint on August 15, 2008, and served a copy of said

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
———
3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

1

document upon the Plaintiff by regular mail. Copies of Defendant's Answer is attached hereto and incorporated herein as Exhibit B, and Defendant's Notice Regarding Removal is attached hereto and incorporated herein as Exhibit C.

4.      Counsel for Defendant called Plaintiff Akers on August 15, 2008 at approximately 12:20 p.m. to inform her that she had sued the incorrect corporate entity, and requesting her consent to a motion to substitute the correct defendant, Liberty Mutual Fire Insurance Company. Plaintiff Akers has not responded to the request, and is presumed to object to the substitution sought.

5.      In her Complaint, Plaintiff Akers seeks judgment against this Defendant in the amount of One Million Seven Hundred Thousand Dollars ($1,700,000.00) in compensatory damages, plus One Million Dollars ($1,000,000.00) in punitive damages, exclusive of costs and interest thereon.

6.      At the time of commencement of this action, Plaintiff Akers was and is now a resident of the District of Columbia.

7.      At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant Liberty Mutual Group's principal place of business was Massachusetts, and it is incorporated in Massachusetts.

8.      As there is complete diversity between the parties, and as this is also a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

———

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

———

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

9.    The Petitioner presents and files herewith a check in the amount of $350 for the filing fee, as required by law.

WHEREFORE, the Defendant, Liberty Mutual Group, respectfully petitions to remove this action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

Jeffrey T. Brown (Bar No. 421754)
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20706
(301) 306-4300
jbrown@decarodoran.com
**Counsel for Defendant Liberty Mutual Group**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Petition for Removal was electronically filed and mailed by regular mail, postage prepaid, this 28th day of August, 2008 to:

Martha A. Akers
1319 Fairmont Street, NW
Washington, D.C. 20009
**Pro Se Plaintiff**

Jeffrey T. Brown

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

3

# EXHIBIT A

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

MARTHA AKERS
1319 Fairmont Street, NW
Washington, DC 20009 *Plaintiff*

vs.

LIBERTY MUTUAL GROUP
*Defendant*

Civil Action No. 0004808-08 _____

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below.    If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

MARTHA A. AKERS
Name of Plaintiff's ~~Attorney~~ Pro-Se

1319 Fairmont
Address Washington, DC 20020

202·498·9781
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date  7/3/08

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## CIVIL DIVISION

**MARTHA A. AKERS**
1319 Fairmont Street, N.W.
Washington, D.C.

        **Plaintiff**

    Vs.

**LIBERTY MUTUAL GROUP**
PO Box 970
Mishawaka, IN 46546

        **Defendant**



FILED
CIVIL ACTIONS BRANCH

JUL 0 3 2008

Superior Court
of the District of Columbia
Washington, D.C.

Civil Action No:

0004808-08

## COMPLAINT FOR SPECIFIC PERFORMANCE, BREACH OF CONTRACT AND DAMAGES

Comes now the Plaintiff, Martha Akers, respectfully submits the following in support of her Complaint.

    1.     The jurisdiction of this Court is evoked, pursuant to Title 11-921, of the District of Columbia Code, 2001 Edition, as Amended.

    2.     The Plaintiff is a resident of the District of Columbia.

    3.     The Defendant, Liberty Mutual companies and affiliates that provide personal homeowners, automobile, life insurance, annuity and financial products and services to residents and businesses in the District of Columbia.

### COUNT I

### (SPECIFIC PERFORMANCE)

## COUNT III
## DAMAGES

12.     The Plaintiff adopts and incorporates herein by reference, all the allegations alleged in Paragraphs one (1) through (12) of the complaint.

13.     Plaintiff has complied with the conditions of the Agreement fully.

14.     The Home that Plaintiff occupied and for which the Hazard Policy covered is 8165 East Beach Drive N.W. Plaintiff's premier residence prior to the fire.

15.     If the Defendant had honored the Policy Agreement, the Plaintiff would have lease the property to Mr. Adgie O'Bryant, Esq. Plaintiff's Financial projections, based on empirical evidence, is that, the Plaintiff lost approximately $27,000.00 dollars in lease payments annually.

16. Plaintiff has complied with the terms of the Policy Agreement and  paid annual renewal cost since 2004 for which Plaintiff has received nothing in return. The Defendant had a duty to act in a certain way and that there was a  breach of that duty. As a result of the breach, the Plaintiff has and is suffering from this loss and mens rea culpability against the Plaintiff.  Plaintiff is entitled to damages.

Wherefore, the Plaintiff prays:

1.     For an Order of the Court directed to the Defendant, ordering the Defendant to specifically perform pursuanat to the terms of the Policy Agreement.

2.     For judgement against the Defendant in the sum of $850,000.00 in property damage and the sum of $ 250,000.00 compensatory damages.

Six Hundred Thousand Dollars $600,000.00, in Personal injury damages.

One Million Dollars $1,000,000.00, in Punitive damages for particularly outrageous

intentional torts referenced above in paragraph ten (10)&(11).

_____
MARTHA A. AKERS


## VERIFITION

Martha Akers, having been first duly sworn on oath deposed and say that the contents

of the foregoing is a just and true statement and that the amount owing by Defendant

to the Plaintiff, exclusive of all set-off and just grounds of defense

_____
MARTHA A. AKERS
(202) 498-9781

DISTRICT OF COLUMBIA, SS

Subscribed and sworn to before me, this 2/ day of July, 2008.

_____
NOTARY PUBLIC, D.C.

My Commission Expires:_____

# EXHIBIT B

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARTHA A. AKERS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | C.A. No. 2008 CA 004808 B |
| | • | |
| LIBERTY MUTUAL GROUP | * | |
| | * | |
| Defendant | * | |

**********************************

## ANSWER OF DEFENDANT LIBERTY MUTUAL GROUP
## TO COMPLAINT FOR SPECIFIC PERFORMANCE, BREACH OF CONTRACT
## AND DAMAGES

COMES NOW the Defendant, Liberty Mutual Group, by and through its attorneys, Jeffrey T. Brown and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and as its Answer to Plaintiff's Complaint for Specific Performance, Breach of Contract and Damages, states as follows:

## STATEMENT OF GENERAL DEFENSES

1.      Each and every claim of the Plaintiff as set forth in the Complaint filed herein fails to state a claim upon which relief can be granted.

2.      The Defendant contests the Plaintiff's averment of the execution of a written instrument as alleged and Plaintiff's statement of the alleged substance and/or contents thereof.

3.      The Plaintiff's claims as set forth in the Complaint filed herein are barred in whole or in part by the applicable statute of limitations.

DeCaRO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

———

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

———

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4.      Plaintiff's claims are barred by the doctrines of contributory negligence, assumption of risk, illegality, estoppel, failure of consideration, statute of frauds and waiver.

5.      Plaintiff has actively engaged in concealment and fraud in relation to the subject matter of this action, doing so with malice, intent, knowledge and condition of mind, with the purpose and intention of misleading Defendant and precluding Defendant's discovery of any and all facts regarding the occurrence of the subject matter of this action, and for the purpose of securing benefits to which Plaintiff is not entitled, contractually or otherwise. Said concealment and fraud has been effected in each and every action undertaken by Plaintiff to pursue her insurance claim, including but not limited to Plaintiff's recorded interview, examination under oath, submission of documents, refusal of submission of documents, and refusal to cooperate and otherwise support and substantiate each and every aspect and element of Plaintiff's claim of alleged entitlement to insurance benefits.

6.      Plaintiff has fully failed and refused to satisfy contractual and other conditions precedent to recovery in the instant matter, including but not limited to the duty to provide truthful and accurate information in the application for insurance coverage, the duty to comply with expressly stated contractual provisions regarding Plaintiff's duties before and after a loss, the duty to cooperate, the duty to act in good faith, the duty to refrain from engaging in concealment, fraud and material misrepresentation, and all other duties imposed upon Plaintiff, whether contractually or otherwise, upon which Plaintiff's alleged right of recovery is based.

7.      In response to the allegations set forth in the Plaintiff's Complaint filed herein, Defendant Liberty Mutual Group generally states as follows:

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

a.     This Defendant committed no wrong(s) as alleged.

b.     This Defendant did not contract with the Plaintiff as alleged.

c.     This Defendant did not breach a contract with Plaintiff as alleged.

d.     To the extent that it is alleged that there was a contract between the parties, the Plaintiff has failed to satisfy conditions precedent to the relief sought, whether pursuant to an alleged contract or otherwise, including but not limited duties specified by contract as incumbent upon Plaintiff in the event of a loss.

e.     This Defendant is not liable to the Plaintiff for the damages alleged.

f.     The Plaintiff is not entitled, contractually or otherwise, to the relief sought.

g.     This Defendant generally denies all allegations of negligence, malfeasance, nonfeasance, breach of contract, Plaintiff's entitlement to insurance coverage as claimed, and any other act or misconduct expressly or impliedly alleged in the Complaint filed herein.

h.     The Defendant denies that Plaintiff is entitled to punitive damages, has stated a claim for punitive damages, or is in any other way entitled to the relief sought.

i.     Any allegations of the Plaintiff's Complaint filed herein which have not been specifically admitted herein are hereby generally denied.

8.     Defendant, Liberty Mutual Group, reserves the right to raise additional defenses based upon facts which might be revealed through discovery.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

3

## SPECIFIC DEFENSES

9.    Defendant denies that the named parties entered into a contract entitled "Agreement for Homeowners Hazard Insurance" as specifically alleged in Plaintiff's paragraph 4 of Plaintiff's Complaint.  Accordingly, Defendant denies the remainder of the averments of paragraph 4 and demands strict proof thereof.

10.    Defendant denies the averments of paragraph 5 of Plaintiff's Complaint to the extent that they allege that there occurred a fire at Plaintiff's residence.

11.    Defendant denies the averments of paragraph 6 of Plaintiff's Complaint.

12.    Defendant denies the implicit averment of paragraph 7 of Plaintiff's Complaint that Defendant has failed to perform any legal obligations allegedly owed to Plaintiff.

13.    Defendant adopts and incorporates its defenses and denials as previously set forth herein, in response to Plaintiff's adoption and incorporation by reference of prior allegations in paragraph 8 of Plaintiff's Complaint.

14.    Defendant denies the averments contained in paragraph 9 of Plaintiff's Complaint.

15.    Defendant denies the averments contained in paragraph 10 of Plaintiff's Complaint, and also denies that Plaintiff has stated a claim as to any of the causes of action attempted to be stated therein.

16.    Defendant denies the averments contained in paragraph 11 of Plaintiff's Complaint, and also denies that Plaintiff has stated a claim as to any of the allegations contained therein.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4

17.    Defendant adopts and incorporates its defenses and denials as previously set forth herein, in response to Plaintiff's adoption and incorporation by reference of prior allegations in paragraph 12 of Plaintiff's Complaint.

18.    Defendant denies the averments of paragraph 13 of Plaintiff's Complaint.

19.    Defendant denies the averments of paragraph 14 of Plaintiff's Complaint.

20.    Defendant denies the averments of paragraph 15 of Plaintiff's Complaint.

21.    Defendant denies the averments of paragraph 16 of Plaintiff's Complaint.

WHEREFORE, this Defendant respectfully requests that this Court dismiss Plaintiff's Complaint for Specific Performance, Breach of Contract and Damages, with costs to the Defendant, and grant such other relief as this Court deems appropriate.

Respectfully submitted,

DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP


_____/s/_____
Jeffrey T. Brown (D.C. Bar No. 421754)
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20706
(301) 306-4300
jbrown@decarodoran.com
**Counsel for Defendant Liberty Mutual Group**

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

——

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

——

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer to Complaint for Specific Performance, Breach of Contract and Damages, was electronically filed and mailed by regular mail, postage prepaid, this 15th day of August, 2008 to:

> Martha A. Akers
> 1319 Fairmont Street, NW
> Washington, D.C. 20009

_____/s/_____
Jeffrey T. Brown

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

6

**From:**      <eFiling@efilingforcourts.com>
**To:**        <jbrown@decarodoran.com>
**Date:**      08/15/2008 1:50:58 PM
**Subject:**   Filing Trace Number ED301J020108953 has been received by the eFiling for Courts

PLEASE DO NOT REPLY TO THIS E-MAIL.

This email acknowledges that a filing with the following information was received from the Electronic Filing Service Provider and has been transmitted successfully to eFiling for Courts:

eFiling for Courts Received Date/Time: Friday, August 15, 2008 1:49 PM
Delivered to Court: Civil Actions
Time Zone of Jurisdiction: (GMT-05:00) Eastern Time (US & Canada)
Trace Number: ED301J020108953
EFSP Submission Date/Time: Friday, August 15, 2008 1:49 PM
Cause Number: 2008 CA 004808 B
Style/Case Name:   Martha Akers v. Liberty Mutual Group
Title of Document: AnswerToComplaint.pdf

Thank you,
eFiling for Courts

Confidentiality Notice:
The information in this email may be confidential and/or privileged.  This email is intended to be reviewed by only the individual or organization named above.  If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination, use or copying of this email and its attachments, if any, or the information contained herein is prohibited.

eFiling for Courts - Electronic Service of Copies

Proof of Service

Jurisdiction: Civil Actions
Cause Number: 2008 CA 004808 B
Trace Number: ED301J020108953
Court Assignment: D.C. Superior Court
Style/Case Name: Martha Akers v. Liberty Mutual Group
Date and Time of Service: 08/15/2008 01:49:19 PM
Serving Party Name: Jeffrey Brown
Documents:
AnswerToComplaint.pdf


Parties of Record                              Delivery Type
Ronna Beck                                     Electronic
Filer Services

# EXHIBIT C

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA A. AKERS | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * C.A. No. 2008 CA 004808 B |
| | • |
| LIBERTY MUTUAL GROUP | * |
| | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **NOTICE REGARDING REMOVAL**

TO THE CLERK:

Please note that the Defendant, Liberty Mutual Group, has filed a Petition for Removal, a copy of which is attached hereto, in the United States District Court for the District of Columbia, and respectfully states that no further proceedings may be held in this Honorable Court unless and until the above-captioned matter is remanded.

Respectfully submitted,

DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

/s/
Jeffrey T. Brown (D.C. Bar No. 421754)
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20706
(301) 306-4300
jbrown@decarodoran.com
**Counsel for Defendant Liberty Mutual Group**

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
———
3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice Regarding Removal was electronically filed and mailed by regular mail, postage prepaid, this 28th day of August, 2008 to:

>Martha A. Akers
>1319 Fairmont Street, NW
>Washington, D.C. 20009

_____/s/_____

Jeffrey T. Brown

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

——

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

——

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARTHA A. AKERS | * | |
| | * | NOTICE OF REMOVAL FROM THE |
| Plaintiff | * | SUPERIOR COURT FOR THE DISTRICT |
| | * | OF COLUMBIA |
| v. | * | CASE NO.:   C.A. No. 2008 CA 004808 B |
| | * | |
| LIBERTY MUTUAL GROUP | * | |
| | * | CIVIL ACTION NO. _____ |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendant, Liberty Mutual Group, respectfully notices the removal of the above-captioned matter to this Honorable Court from the Superior Court for the District of Columbia, and as grounds therefor states as follows:

1.      On or about August 1, 2008, Defendant accepted service through its counsel, in open court, of a Summons and Complaint in an action commenced by the Plaintiff in the Superior Court for the District of Columbia as Civil Action No. 004808-08.  True and correct copies of the Summons and Complaint are attached hereto as Exhibit A.  No further proceedings have taken place in this action since Defendant accepted service in open court.

2.      This Defendant's Petition for Removal and Notice of Removal are filed within thirty (30) days of receipt of service by Defendant Liberty Mutual Group and, therefore, are timely filed pursuant to 28 U.S.C., Section 1446(b).

3.      Pursuant to the Federal Rules of Civil Procedure, the Petitioner has electronically filed a written Answer to Plaintiff's Complaint on August 15, 2008, and served a copy of said

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

1

document upon the Plaintiff by regular mail. Copies of Defendant's Answer is attached hereto and incorporated herein as Exhibit B, and Defendant's Notice Regarding Removal is attached hereto and incorporated herein as Exhibit C.

4.       Counsel for Defendant called Plaintiff Akers on August 15, 2008 at approximately 12:20 p.m. to inform her that she had sued the incorrect corporate entity, and requesting her consent to a motion to substitute the correct defendant, Liberty Mutual Fire Insurance Company. Plaintiff Akers has not responded to the request, and is presumed to object to the substitution sought.

5.       In her Complaint, Plaintiff Akers seeks judgment against this Defendant in the amount of One Million Seven Hundred Thousand Dollars ($1,700,000.00) in compensatory damages, plus One Million Dollars ($1,000,000.00) in punitive damages, exclusive of costs and interest thereon.

6.       At the time of commencement of this action, Plaintiff Akers was and is now a resident of the District of Columbia.

7.       At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant Liberty Mutual Group's principal place of business was Massachusetts, and it is incorporated in Massachusetts.

8.       As there is complete diversity between the parties, and as this is also a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

——

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

——

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

2

9.    The Petitioner presents and files herewith a check in the amount of $350 for the filing fee, as required by law.

WHEREFORE, the Defendant, Liberty Mutual Group, respectfully petitions to remove this action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

Jeffrey T. Brown (Bar No. 421754)
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20706
(301) 306-4300
jbrown@decarodoran.com
**Counsel for Defendant Liberty Mutual Group**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Petition for Removal was electronically filed and mailed by regular mail, postage prepaid, this 28th day of August, 2008 to:

Martha A. Akers
1319 Fairmont Street, NW
Washington, D.C. 20009
**Pro Se Plaintiff**

Jeffrey T. Brown

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

———

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

———

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_HARTHA  A. AKERS_
Plaintiff

v.

Civil Action No.    **08 1525**

**AUG 2 9 2008**

_Liberty  Mutual  Group_
Defendant

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **URBINA, J. RMU**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
Deputy Clerk

cc: _HARTHA AKERS_

929A
Rev. 7/02

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| MARTHA A. AKERS | LIBERTY MUTUAL GROUP |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF     D.C. (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Massachusetts (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Martha A. Akers 1319 Fairmont Street, N.W. Suite 3 Washington, D.C.  20009 202/498-9781 Pro Se Plaintiff | Jeffrey T. Brown, Esquire DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP 4601 Forbes Boulevard, Suite 200 Lanham, Maryland  20706 301/306-4300 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
◉ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ◉ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ◉ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

**Any nature of suit from any category may be selected for this category of case assignment.**

***(If Antitrust, then A governs)***

○ **E.**  *General Civil (Other)*     **OR**     ○ **F.**  *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ◉ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☒ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding   ◉ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C., Section 1332, diversity, alleged breach of insurance contract for property damage.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 2,700,000.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE August 28, 2008   SIGNATURE OF ATTORNEY OF RECORD   *[signature]*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.