UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARTHA A. AKERS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | CIVIL ACTION NO. _____ |
| | * | |
| LIBERTY MUTUAL GROUP | * | |
| | * | |
| Defendant | * | |

**************************************

### DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO LOCAL RULE 103.3

COMES NOW the Defendant, Liberty Mutual Group, by and through its attorneys, Jeffrey T. Brown and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Local Civil Rule 7.1 submits the following disclosures of corporate interest:

Liberty Mutual Group owns 100% of the stock of Liberty Mutual Fire Insurance Company. LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc. Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc. No publicly traded entity owns any stock of any of the above-named entities.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
___

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
___

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

_/s/_____
Jeffrey T. Brown (Bar No. 421754)
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20706
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2008, a copy of the foregoing Disclosure of Affiliations and Financial Interests Pursuant to Local Civil Rule 7.1 was filed via Electronic Case Filing and was mailed, postage prepaid, via First Class mail, to:

Martha A. Akers
1319 Fairmont Street, NW
Washington, D.C. 20009
**Pro Se Plaintiff**

/s/ Jeffrey T. Brown
Jeffrey T. Brown
Counsel for Defendant

I:\Common\WP\L1\JTB\EUO Akers\Disclosure of Affiliations & Financial Interests.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
LANHAM, MD 20706
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548